CO-386-online
10/03

# United States District Court
# For the District of Columbia

Janice Williams and Isaih Williams,   )
                                       )
                                       )
                                       )
                    Plaintiff          )      Civil Action No. __1:09-cv-01609 (RBW)__
           vs                          )
                                       )
WMATA,                                 )
and Alstom Signaling Inc.              )
                                       )
                    Defendant          )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Alstom Signaling Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Alstom Signaling Inc.__ which have any outstanding securities in the hands of the public:

Alstom Signaling Inc.'s parent company, Alstom, is traded on the Paris, France stock exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

391145                                  Timothy M. Broas
_____               _____
BAR IDENTIFICATION NO.                  Print Name

                                        1700 K Street, N.W.
                                        _____
                                        Address

                                        Washington,    DC        20006
                                        _____
                                        City           State     Zip Code

                                        (202) 282-5000
                                        _____
                                        Phone Number