IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the )<br>FORT TOTTEN METRORAIL CASES )<br>Arising Out of the Events of June 22, 2009 )<br> )<br> )<br>LEAD CASE: <u>Jenkins v. Washington</u> )<br><u>Metropolitan Area Transit Authority, et al.</u> )<br> )<br> )<br>THIS DOCUMENT RELATES TO: )<br>*Williams et al. v. Washington Metropolitan Area* )<br>*Transit Authority, et al.* )<br>Case No.: 1:09-cv-01609-RBW )<br>_____ ) | Case No.: 1:10-mc-314-RBW<br><br>**FILED**<br>MAR - 7 2012<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the entire above-captioned matter – as it relates only to *Williams, et al. v. Washington Metropolitan Area Transit Authority, et al.* Case No. 1:09-cv-01609-RBW– be and hereby is dismissed with prejudice, including all cross-claims by and among the defendants for contribution, indemnity or otherwise, related to or arising only from the alleged physical and emotional injuries to and subsequent death of plaintiff's decedent Cameron T. Williams in this action. It is further stipulated that the parties shall bear their own attorneys' fees and costs incurred in this action.

By: */s/ Melissa Rhea*
    Melissa Rhea
    JACK H. OLENDER & ASSOCIATES, P.C.
    888 17th Street, NW
    4th Floor
    Washington, DC 20006
    Telephone: (202) 879-7777
    Facsimile: (202) 393-2245
    Email: mrhea@olender.com
    Dated: March 1, 2012

*Attorney for Plaintiffs Janice and Isaiah Williams*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ William G. Gandy*
William G. Gandy, Esq. (# 491153)
Jason R. Waters, Esq. (# 491066)
8444 Westpark Drive- Suite 510
McLean, VA 22102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
william.gandy@wilsonelser.com
jason.waters@wilsonelser.com

*/s/ Robert B. Wallace*
Robert B. Wallace, Esq. (# 108571)
700 11th Street, N.W., Suite 400
Washington, DC 20001
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
robert.wallace@wilsonelser.com

Of Counsel:
Thomas W. Tobin, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: (914) 323-7000
Facsimile: (914) 323-7001

*/s/ Mark F. Sullivan*
Carol B. O'Keeffe, Esq.*
*General Counsel*
Bruce P. Heppen, Esq. (# 252171)
*Deputy General Counsel*
Mark F. Sullivan, Esq. (# 430876)
*Deputy General Counsel*
Brendan Chandonnet, Esq. (# 986719)
*Assistant General Counsel*
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, DC 20001

2

291561.1

Telephone: (202) 962-2814
Facsimile: (202) 962-2550
msullivan@WMATA.com
bchandonnet@WMATA.com

*Attorneys for Defendant Washington Metropolitan Area Transit Authority*

/s/ Robert P. Fletcher
Robert F. Reklaitis, Esq. (# 358973)
Leslie Paul Machado, Esq. (# 472395)
Robert P. Fletcher, Esq. (#375543)
LECLAIR RYAN
1101 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

*Attorneys for Defendant Ansaldo STS USA, Inc.*

/s/ Timothy M. Broas
Timothy M. Broas, Esq. (# 391145)
John J. Rosenthal, Esq. (# 425263)
WINSTON & STRAWN, LLP
1700 K Street, N.W.
Washington, DC 20006-3817

*Attorneys for Defendant Alstom Signaling, Inc.*

/s/ Richard M. Barnes
Richard M. Barnes, Esq. (# MD00669)
Linda S. Woolf, Esq. (# MD084724)
K. Nichole Nesbitt, Esq. (# 469793)
Craig S. Brodsky, Esq. (# 454924)
GOODELL DEVRIES LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, MD 21202

*Attorneys for Defendant ARINC, Inc.*

---

\*    Carol B. O'Keeffe is a member of the Bar of the District of Columbia. Her bar number is 445227. She is not a member of the Bar of this Court.

291561.1

IT IS HEREBY SO ORDERED.

Dated: March __, 2012

*[signature]*
Hon. Reggie B. Walton
United States District Court
for the District of Columbia

4

291561.1